THE STATE OF NEW JERSEY, EX REL. ARTHUR L. MOUN-
CEY, RELATOR, v. GEORGE SCHEETZ, DEFENDANT.

Submitted May term, 1936—Decided May 18, 1936.

Before BROGAN, CHIEF JUSTICE, and Justices CASE and
PERSKIE.

For the relator, *Raymond Chasan, Harlan Besson, Robert
Carey* and *Harry Lane.*

For the defendant, *William A. O'Brien* and *Arthur B.
Archibald.*

PER CURIAM.

Except for the changes in the identity of the parties liti-
gant and of their attorneys this case is in all things the same
as *State, Harriet V. Colton, Relator, &c.,* v. *Edith Kreutzin-
ger,* 116 *N. J. L.* 456; 185 *Atl. Rep.* 18, decided contem-
poraneously herewith. For the reasons stated in the determi-
nation of that case the demurrer herein is overruled and judg-
ment on the information will be for the respondent, with
costs.